UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN ESPINAL,
                  Defendant.

18-CR-669-5(JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated by the Court at the hearing held on November 16, 2021, supervised release as to Defendant Jonathan Espinal is hereby revoked and the conditions of his supervised release are terminated.

    SO ORDERED.

Dated: December 21, 2021
         New York, New York

_____
J. PAUL OETKEN
United States District Judge